# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOSHUA D. FRANKLIN,**

    **Plaintiff,**

v.                                                  Case No. 4:22-cv-424-AW-MAF

**LEON COUNTY SHERIFFS OFFICE, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 6, 2022 Report and Recommendation. ECF No. 4. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious for failure to disclose litigation history."

3. The clerk will then close the file.

SO ORDERED on January 11, 2023.

                                                       s/ *Allen Winsor*
                                                       United States District Judge